JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL J. CASTANON,<br><br>                         Petitioner,<br><br>         v.<br><br>WARDEN,<br><br>                         Respondent. | Case No. 2:20-cv-11459-VAP (AFM)<br><br>**JUDGMENT** |

Pursuant to the Order Dismissing Action, IT IS ORDERED AND ADJUDGED that this action is dismissed without prejudice.

DATED:  January 4, 2021

_____
VIRGINIA A. PHILLIPS
UNITED STATES DISTRICT JUDGE